✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj0548

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARCOS LUNA-HERRERA

I certify that I am admitted to practice in this court.

2/26/2008

Date

/s/ CAREY D. GORDEN

Signature

Carey D. Gorden/Federal Defenders of SD 236251

Print Name Bar Number

225 Broadway, Suite 900

Address

San Diego, CA 92101

City State Zip Code

(619) 234-8467 (619) 687-2666

Phone Number Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset